UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61311-CIV-DIMITROULEAS

EMILY FULLER,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

The Court's Scheduling Order [DE 16] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **October 16, 2017**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order may result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of October, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record