# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-61311-WPD

EMILY FULLER,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a
foreign for-profit corporation,

    Defendant.

_____/

## JOINT RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Defendant, HOME DEPOT U.S.A., INC. ("Home Depot"), and Plaintiff, EMILY FULLER ("Fuller") (collectively referred to herein as the "Parties"), jointly respond to the Court's Order to Show Cause [D.E. 18] as follows:

1. The Court's Scheduling Order [D.E. 16] directed the parties to agree upon a mediator and advise the Clerk's office of their choice within fourteen (14) days of the Order, making the Notice of Mediator Selection due on or before October 5, 2017.

2. The Parties were unable to comply with this deadline because the undersigned counsel for Defendant was still coordinating with Defendant regarding its availability for a mediation date.

3. On October 11, 2017, one day after this Court entered its Order to Show Cause, the Parties were able to agree on a mediation date and submitted a Notice of Mediator Selection and Hearing [D.E. 19].

4. The Parties apologize for any inconvenience they caused to the Court by not filing the Notice of Mediator Selection by October 5, 2017.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Roderick V. Hannah* | */s/ Michael T. Landen* |
| Roderick V. Hanna, Esq. | Michael T. Landen, Esq. |
| Florida Bar No. 435384 | Fla. Bar No. 161144 |
| rhannah@rhannahlaw.com | mlanden@klugerkaplan.com |
| RODERICK V. HANNAH ESQ., P.A. | KLUGER, KAPLAN, SILVERMAN |
| *Attorneys for Plaintiff* | KATZEN, & LEVINE, P.L. |
| 8751 West Broward Boulevard, Suite 303 | *Attorneys for Defendant* |
| Plantation, Florida 33324 | Miami Center, Twenty-Seventh Floor |
| Telephone: (954) 362-3800 | 201 South Biscayne Boulevard |
| Facsimile: (954) 362-3779 | Miami, Florida 33131 |
| | Telephone: (305) 379-9000 |
| | Facsimile: (305) 379-3428 |
| | |
| */s/ Pelayo M. Duran* | */s/ Michael Chilleen* |
| Pelayo M. Duran, Esq. | Michael Chilleen, Esq. |
| Fla. Bar No. 0146595 | Gregory Hurley, Esq. |
| pduran@pelayoduran.com | Oscar Figueroa (Admitted *Pro Hac Vice*) |
| LAW OFFICE OF PELAYO DURAN, P.A. | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| *Co-Counsel for Plaintiff* | *Attorneys for Defendant* |
| 4640 N.W. 7th Street | 650 Town Center Drive, 4th Floor |
| Miami, FL 33126-2309 | Costa Mesa, CA 92626-1993 |
| Telephone: (305) 266-9780 | Telephone: (714) 513-5100 |
| Facsimile: (305) 269-8311 | Facsimile: (714) 513-5130 |
| | www.sheppardmullin.com |
| | mchilleen@sheppardmullin.com |
| | ghurley@sheppardmullin.com |
| | ofigueroa@sheppardmullin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the **16th** day of October, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Michael T. Landen*
Michael T. Landen, Esq.

## SERVICE LIST

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
Telephone: (954) 362-3800
Facsimile: (954) 362-3779
rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
Telephone: (305) 266-9780
Facsmile: (305) 269-8311
pduran@pelayoduran.com